Attorney:

JOSEPH & NORINSBERG, LLC
110 EAST 59TH STREET SUITE 2300
NEW YORK NY 10022


740309

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF NEW YORK

SUSAN COMPETELLO, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED
    Plaintiff

SOULFLORA, INC.
    Defendant

Index / case #: 1:24-CV-07875

**AFFIDAVIT OF SERVICE**

MORRIS County, State of: NEW JERSEY  Willie PRYOR being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: NEW JERSEY

On 10/22/24 at 2:08 am/pm at: 331 DORCHESTER AVENUE CRANFORD NJ 07016

Deponent served the within: SUMMONS & CLASS ACTION COMPLAINT

On which were set forth the Index No., herein, and date of filing

On: SOULFLORA, INC. C/O JUAN CARLOS NEGRIN
(herein after called the recipient) therein named.

[X] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[ ] **Suitable Age person** — By delivering thereat a true copy of each to: _____
a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence
[ ] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence
[ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[ ] **Corporation or Partnership** — By delivering thereat a true copy of each to: _____
personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

[ ] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [ ] Actual Place of Business
at _____
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicateon the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**
| | | | | | |
|---|---|---|---|---|---|
| [ ] Male | [ ] White skin | [ ] Black hair | [ ] 14-20 Yrs | [ ] Under 5' | [ ] Under 100 Lbs |
| [ ] Female | [ ] Black skin | [ ] Brown hair | [ ] 21-35 Yrs | [ ] 5'0"-5'3" | [ ] 100-130 Lbs |
| | [ ] Yellow skin | [X] Gray hair | [ ] 36-50 Yrs | [X] 5'4"-5'8" | [ ] 131-160 Lbs |
| | [X] Brown skin | [ ] Blonde hair | [X] 51-65 Yrs | [ ] 5'9"-6'0" | [X] 161-200 Lbs |
| | [ ] Red skin | [ ] Red hair | [ ] Over 65 Yrs | [ ] Over 6' | [ ] Over 200 Lbs |

Other Identifying Features _____

[X] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on 10/24/2024

Patricia Knapp

Willie Pryor
(Print name below signature)
Willie Pryor

PATRICIA E KNAPP
Notary Public, State of New Jersey
Comm. # 2447530
My Commission Expires 06/25/2029

File No.   1:24-CV-07875

Work Order No.   740309