

| | Manhattan Office | |
| --- | --- | --- |
| **Queens Office** | 110 East 59th Street, Suite 2300 | **Newark Office** |
| 69-06 Grand Avenue, 3rd Floor | New York, New York 10022 | One Gateway Center, Suite 2600 |
| Maspeth, New York 11378 | | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1515 Market Street, Suite 1200 | 225 Franklin Street, 26th Floor | 300 N. New York Ave, Suite 832 |
| Philadelphia, Pennsylvania 19102 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

December 2, 2024

**VIA ECF**
Hon. Valerie E. Caproni
United States District Court Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 443
New York, N.Y. 10007-1312

      Re:   **Competello v. SoulFlora, Inc.**
             **Case No. 1:24-cv-07875 (VEC)**
             **Notice of Settlement**

Dear Judge Caproni:

      We represent Plaintiff, Susan Competello, in the above-referenced matter. We write with Defendant's consent to request that the Court stay the above referenced action until December 10, 2024, due to the parties agreement to resolve the matter.

      The parties have reached an agreement in principle and expect to file a Stipulation for Dismissal on or before December 10, 2024. As such, the parties request that all deadlines be stayed in anticipation of such letter motion for dismissal.

      Thank you for your understanding and consideration.

      Respectfully submitted,

      **JOSEPH & NORINSBERG, LLC**

      Sincerely,

                                                                                                                          /s/

Jon L. Norinsberg, Esq.
Bennitta L. Joseph, Esq.
*Attorneys For Plaintiff*
110 East 59th Street,
Suite 2300
N.Y., N.Y. 10022
(212) 227-5700
Fax No. (212) 656-1889
jon@norinsberglaw.com
bennitta@employeejustice.com

cc. Eric D. Reiser, Esq.
    ereiser@shapirocroland.com;
    Joshua Lurie, Esq.
    jmlurie@shapirocroland.com;
    Adam P. Burns, Esq.
    apburns@shapirocroland.com